ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| CDM Constructors Inc. | ) ASBCA Nos. 62894-ADR, 63247-ADR |
| | )     63326-ADR, 63327-ADR |
| | )     63328-ADR |
| | ) |
| Under Contract No. W912HN-15-C-0015 | ) |

APPEARANCES FOR THE APPELLANT:  C. Damon Gunnels, Esq.
                 Brad C. Parrott, Esq.
                  Hudson Lambert Parrott Walker, LLC
                  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
                  Engineer Chief Trial Attorney
                  Laura J. Arnett, Esq.
                  Allie E. Vandivier, Esq.
                  Engineer Trial Attorneys
                  U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 1, 2022

_____
Stephanie Cates-Harman
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62894-ADR, 63247-ADR, 63326-ADR, 63327-ADR, 63328-ADR Appeals of CDM Constructors Inc., rendered in conformance with the Board's Charter.

Dated: August 2, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals